[No. 10226-2-III. Division Three. June 12, 1990.]

JOHN LARSON, *Appellant*, v. WAPATO SCHOOL DISTRICT No. 207, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-2-02230-4, Michael W. Leavitt, J.,

entered September 1, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.